UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FLORENCE VICTORIA ETEFIA, | Case No. 23-11775 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| AUBURN HILLS POLICE DEPARTMENT, *et al.*, | Curtis Ivy United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S APRIL 11, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 57)</u>**

Currently before the court is Magistrate Judge Curtis Ivy's April 11, 2024 Report and Recommendation. (ECF No. 57). Magistrate Judge Ivy recommends dismissing Defendant Ruza because he was not timely served with the summons and complaint and dismissing the Auburn Hills Defendants (the Auburn Hills Police Department, Fire Department, and Ambulance Service) based on Plaintiff's expressed desire to dismiss these Defendants. *Id*.

The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently

review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 57) and **DISMISSES** Defendants Ruza and the Auburn Hills Defendants.  All Defendants have now been dismissed.

This is a final order and closes the case.

**SO ORDERED**.

Date: May 3, 2024                    s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge